IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| MICHAEL D. FARRELL, | ) Case No. 91-CR-85-C-1 |
| Defendant, | ) |
| and | ) |
| SOVEREIGN BANK, | ) |
| Garnishee Defendant. | ) |

DOCKET#_____
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

JUN 2 3 2010

**ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**

Upon reviewing the application for writ of continuing garnishment filed with this Court by the plaintiff, the United States of America,

IT IS HEREBY ORDERED that the application of the United States of America for a writ of continuing garnishment is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk issue a writ of continuing garnishment to the garnishee defendant, and its successors or assigns.

Entered this 23d day of June 2010.

BY THE COURT:

_Barbara B Crabb_
BARBARA B. CRABB
District Judge